# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: 43RD JUDICIAL DISTRICT : No. 38 MM 2020
DECLARATION OF JUDICIAL :
EMERGENCY (MONROE COUNTY) :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2021, the "Petition for Emergency Judicial Order Pursuant to Pa.R.J.A. No. 1952(B)(2)" is GRANTED, IN PART.

To the extent the Petition seeks authorization for the President Judge of the 43rd Judicial District to continue to suspend any state or local rule that restricts the use of advanced communication technology (ACT) in court proceedings, the Petition is GRANTED, with the qualifications that the President Judge's authority to suspend ACT-related rules continues only through August 31, 2021, and that judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

In all other respects, the Petition is DENIED.